July 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT DEAN BETTS, JR., Appellant

NO. 14-11-00267-CV                    V.

LOVER BETTS, Appellee

_____

This cause, an appeal of a judgment signed February 23, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Robert Dean Betts Jr. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.